DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PERRY DEAS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1495

[August 16, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case No. 01-4118-CF-10D.

Perry Deas, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***